■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN THOMAS, Appellant. [632 NYS2d 1] —Judgment, Supreme Court, New York County (Allen Alpert, J., at unavailability hearing; Bruce Allen, J., at trial and sentence), rendered July 27, 1994, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing him to a term of 2 to 4 years, unanimously affirmed.

The unavailability of two witnesses who had testified against defendant at his first trial was established by proof adequate to

show that they had moved to unknown addresses in foreign countries, and, accordingly, that prior testimony was properly received into evidence (CPL 670.10 [1]; *Mancusi v Stubbs*, 408 US 204; *People v Tumerman*, 133 AD2d 714, *lv denied* 70 NY2d 938, *cert denied* 485 US 969). There is no merit to defendant's claim that such testimony, given at a prior trial of the same charge and subjected to full cross-examination (196 AD2d 462, *lv denied* 82 NY2d 904), is unreliable (*see, People v Arroyo*, 54 NY2d 567, *cert denied* 456 US 979). Concur—Sullivan, J. P., Ellerin, Kupferman, Ross and Tom, JJ.